Richard A. Martin and Hawthorne Cleaners, Inc., an Illinois Corporation, Plaintiffs-Appellees, v. Donald O. Van Ness, Defendant-Appellant.

Gen. No. 52,835.  (Abstract of Decision.)

First District.

August 1, 1969.

Bentley, Campbell, DuCanto & Silvestri, of Chicago (R. Douglas Campbell, of counsel), for appellant; Phillip E. Freed, of Chicago, for appellees. Opinion by JUSTICE EBER-SPACHER, Not to be published in full.